IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff,<br><br>  v.<br><br>ROSALIA GARCIA AND MANUEL LUNA,<br><br>        Defendants.<br>                                               / | No. C 12-4253 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF JURISDICTION** |

On August 13, 2012, *pro se* defendant Manuel Luna removed this unlawful detainer action from state court. The notice of removal states that this action arises under federal statutes because plaintiff violated federal law in connection with the foreclosure of defendant's home. However, removal jurisdiction is subject to the well-pleaded complaint rule, meaning that the basis for removal jurisdiction must be evident from the complaint. *See Franchise Tax Bd. of California v. Construction Laborers Vacation Trust for So. California*, 463 U.S. 1, 9-12 (1983) (discussing well-pleaded complaint rule). From the face of the complaint, this Court lacks jurisdiction because there are no federal claims alleged in the unlawful detainer complaint.

Accordingly, defendant is ORDERED TO SHOW CAUSE in writing no later than **September 14, 2012,** why this case should not be remanded to the Superior Court for the County of San Joaquin.[1]

---

[1] Plaintiff has filed a motion to remand this case, and a motion to shorten time regarding the motion to remand. In lieu of filing an opposition to plaintiff's motion, defendant shall respond to this Order to Show Cause. The October 5, 2012 hearing on plaintiff's motion to remand is VACATED.

If defendant asserts that removal was proper and this Court has jurisdiction, defendant must specifically identify the basis for jurisdiction.

**IT IS SO ORDERED.**

Dated: September 4, 2012

SUSAN ILLSTON
United States District Judge