IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSALIA GARCIA and MANUEL LUNA,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 12-4253 SI<br><br>**ORDER REMANDING CASE TO SAN JOAQUIN COUNTY SUPERIOR COURT** |

On August 13, 2012, *pro se* defendant Manuel Luna removed this unlawful detainer action from state court. In an order filed September 4, 2012, the Court ordered defendants to show cause by September 14, 2012, why this case should not be remanded to state court for lack of jurisdiction. Defendants have not filed a response to the Order to Show Cause.

The Court has reviewed the complaint and the docket in this case, and concludes that this Court lacks jurisdiction. Accordingly, the Court REMANDS this case to San Joaquin County Superior Court. All pending motions are denied as MOOT.

**IT IS SO ORDERED.**

Dated: September 18, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge